

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00478-CV

MADHURI BONDYOPADHYAY AND PROBIR R. BONDYOPADHYAY, Appellants

V.

BANK OF NEW YORK MELLON FKA BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED
CERTIFICATES, SERIES 2007-SEA2, Appellee

Appeal from the 157th District Court of Harris County.   (Tr. Ct. No. 2013-17412).

**TO THE 157TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 25th day of November 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After inspecting the record of the court below, it is the opinion of the Court that it lacks jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Madhuri Bondyopadhyay and Probir R. Bondyopadhyay, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 25, 2014.

Per curiam opinion delivered by panel consisting of Justices Jennings, Sharp, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

